UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE THEODORE HOFFMAN,

        Petitioner,

                                              CASE NO. 07-CV-11948
v.                                          HONORABLE JOHN CORBETT O'MEARA

BLAINE LAFLER,

        Respondent.
_____/

## ORDER DENYING MOTION FOR REHEARING AND/OR RECONSIDERATION

This matter is before the Court on Petitioner's motion for rehearing and/or reconsideration regarding the dismissal of his habeas petition. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). The Court properly dismissed the petition for failure to state a claim upon which relief may be granted and/or for failure to exhaust state remedies. Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Accordingly,

**IT IS ORDERED** that Petitioner's motion is **DENIED**.

                                              s/John Corbett O'Meara
                                              United States District Judge

Dated: May 31, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 31, 2007, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                      Case Manager